UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Albert Morris Johnson,

        Defendant.

Criminal No. 13-127 (ADM/SER)

**ORDER**

---

Benjamin Bejar, Esq., United States Attorney's Office – St. Paul, 316 North Robert Street, Suite 404, Saint Paul, Minnesota 55101, for Plaintiff.

Thomas M. Hollenhorst, Esq., United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff.

Earl P. Gray, Esq., Earl Gray Defense, 332 Minnesota Street, Suite W. 1610, Saint Paul, Minnesota 55101, for Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated July 10, 2013. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Johnson's Motion for Evidentiary Hearing and to Suppress Statements, Phone Conversations, and Emails [Doc. No. 26] is **DENIED as moot**.

Dated: July 26, 2013

                                                s/Ann D. Montgomery
                                                ANN D. MONTGOMERY
                                                UNITED STATES DISTRICT JUDGE